**Order filed June 12, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00362-CV
_____

**KAREN GUISHARD, Appellant**

**V.**

**MONEY MANAGEMENT INTERNATIONAL, INC./CONSUMER CREDIT COUNSELING SERVICES, Appellee**

On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 13-DCV-209271

## O R D E R

The notice of appeal in this case was filed May 7, 2014. The clerk's record was filed June 3, 2014. To date, the filing fee has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee to the clerk of this court on or before **June 27, 2014.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM